IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE BOEING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-705C<br><br>(Judge Francis M. Allegra) |

**CONSENT MOTION TO EXTEND TIME WITHIN WHICH TO (I) FILE PROPOSED REDACTIONS TO THIS COURT'S OPINION, AND (II) FILE A JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Plaintiff, The Boeing Company ("Boeing") respectfully moves this Court for a two week extension of time within which to (i) file proposed redactions to this Court's opinion dated December 23, 2005, from January 16, 2006 to January 30, 2006, and (ii) file a joint status report indicating how the damages portion of this case should proceed, with a proposed schedule, from January 23, 2006 to February 6, 2006.

This first request for additional time is sought for two reasons. First, although this Court's opinion is dated December 23, 2005, counsel for Plaintiff did not receive the email delivery of the opinion until January 12, 2006. Second, Plaintiff's new in-house counsel must first comply with the terms of this Court's Protective Order to read the opinion and then be allowed adequate time to review this matter.

Counsel for Defendant the United States, Ken Barrett, has advised counsel for Boeing that it consents to the above extension of time and joins in this motion.

For the above-reasons, Boeing respectfully requests that this consent motion be granted, and that the date by which the parties file proposed redactions to this Court's opinion be extended to January 30, 2006, and that the date by which the parties file a joint status report with proposed schedule be extended to February 6, 2006.

Dated: January 13, 2006

Respectfully submitted,

Keith D. Nowak
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 835-1400
(212) 997-9880 (Fax)
NowakK@dsmo.com

Attorneys for Plaintiff, The Boeing Company

## Certificate of Service

The undersigned hereby certifies that true copies of the foregoing **CONSENT MOTION TO EXTEND THE TIME WITHIN WHICH TO (I) FILE PROPOSED REDACTIONS TO THIS COURT'S OPINION, AND (II) FILE A JOINT STATUS REPORT AND PROPOSED SCHEDULE** was served on January 13, 2006 by U.S. Mail and Facsimile to:

Ken B. Barrett, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L. Street N.W., Room 11110
Washington, D.C. 20005
Fax No.: (202) 307-0345

Keith D. Nowak
Dickstein Shapiro Morin & Oshinsky LLP