**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE BOEING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-705 C<br><br>Judge Francis M. Allegra |

**JOINT MOTION FOR LEAVE**
**TO FILE PROPOSED REDACTIONS UNDER SEAL**

Plaintiff, The Boeing Company, and Defendant, the United States, move for leave to file under seal the parties' proposed redactions to the Court's opinion filed under seal on December 23, 2005 (the sealed opinion).

On page 43 of the sealed opinion, the Court instructed the parties to file proposed redactions to that opinion on or before January 16, 2006. That deadline was subsequently reset to January 30, 2006. The proposed redactions will contain Protected Information and, therefore, are required to be filed under seal in accordance with the Protective Order entered in this case on July 2, 2001. Documents, such as the proposed redactions, are to be filed electronically. *See* Notice of Designation filed March 25, 2005. Paragraph 7 of the Court's General Order No. 42A requires authorization by the Court prior to electronically filing documents under seal.

Therefore, the parties respectfully request that the Court grant the parties leave to electronically file their proposed redactions under seal.

Respectfully submitted,

Arthur Lieberman by

January 25, 2006

Keith D. Nowak
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 835-1400
(212) 997-9880 (Fax)
NowakK@dsmo.com

Attorneys for Plaintiff, The Boeing Company

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

January 25, 2006

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice