IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------------------------------------x

| | | |
|---|---|---|
| THE BOEING COMPANY, | : | **No. 00-705C** |
| Plaintiff, | : | **(Judge Francis M. Allegra)** |
| -against- | : | **NOTICE OF CHANGE OF ADDRESS OF LEAD ATTORNEY** |
| THE UNITED STATES, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

PLEASE TAKE NOTICE, that the partner in charge of the above captioned action on behalf of Plaintiff remains Arthur M. Lieberman, Esq., whose new address is Ganfer & Shore, LLP, 360 Lexington Avenue, 14th Floor, New York, New York 10017, telephone number (212) 922-9250 and facsimile number is (212) 922-9335.

Dated: New York, New York
January 30, 2006

GANFER & SHORE, LLP

By: ______________________
Arthur M. Lieberman
360 Lexington Avenue
New York, NY 10017
(212) 922-9250 (ph)
(212) 922-9335 (fax)
Attorneys for Plaintiff The Boeing Company