IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE BOEING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-705C<br><br>(Judge Francis M. Allegra) |

**THE BOEING COMPANY'S RESPONSE TO**
**THE COURT'S ORDER OF DECEMBER 23, 2005**
**<u>REQUESTING PROPOSED REDACTIONS</u>**

In response to the Court's Order of December 23, 2005, requiring each party to file proposed redactions, The Boeing Company hereby informs the Court that it has no proposed redactions to the Opinion of December 23, 2005.

Dated: January 30, 2006

Respectfully submitted,

Arthur Lieberman by Keith Weaver

Arthur M. Lieberman
Ganfer & Shore LLP
360 Lexington Avenue, 14th Fl.
New York, NY 10017
(212) 922-9250
ALieberman@ganshore.com
Attorneys for Plaintiff, The Boeing Company



DOCSNY.179365.1

**Certificate of Service**

The undersigned hereby certifies that true copies of the foregoing was served on January 30, 2006 by U.S. Mail and Facsimile to:

Ken B. Barrett, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L. Street N.W., Room 11110
Washington, D.C. 20005
Fax No.: (202) 307-0345

Keith D. Nowak
Dickstein Shapiro Morin & Oshinsky LLP