**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 00-705 C

Judge Francis M. Allegra

**JOINT STATUS REPORT**

In accordance with the instructions in the Court's Opinion of December 23, 2005, plaintiff, The Boeing Company, and defendant, the United States, submit this Joint Status Report indicating how the damages portion of this case should proceed.

The parties propose a period of fact discovery followed by expert reports and depositions. The period of fact discovery is necessary to gather further information relating to damages that may be relevant in light of the Court's liability opinion. The parties propose the following schedule:

1. On or before August 31, 2006, any fact discovery shall be completed.

2. On or before October 31, 2006, each party shall serve on the other the disclosure of expert testimony required by Rule 26(a)(2), Rules of the Court of Federal Claims.

3. On or before December 15, 2006, depositions of expert witnesses are to be completed.

4. Date for completion of all discovery: December 15, 2006.

5. On or before January 5, 2007, the parties shall file a joint status report indicating how this case should proceed.

6. The post-discovery conference shall be held at a date and time convenient to the Court.

**Report Concerning Settlement Discussions**

Counsel for the parties have engaged in settlement discussions and will continue to discuss the possibility of settlement as they further analyze their respective positions particularly as to the various components of a royalty base. Further, the parties believe that the requested discovery may affect their settlement positions and enable the parties to better assess the likelihood of settlement.

Respectfully submitted,

February 3, 2006

ARTHUR M. LIEBERMAN
Ganfer & Shore, LLP
360 Lexington Avenue
14th Floor
New York, NY 10017
Telephone: 212-922-9250
Facsimile: 212-922-9335
E-Mail: ALieberman@ganshore.com

Attorney for Plaintiff The Boeing Company

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

February 6, 2006

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice