# In the United States Court of Federal Claims

No. 00-705 C

(Filed: February 8, 2006)

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On February 6, 2006, the parties filed a joint status report proposing a schedule for discovery. Based on its review of that report, the court concludes:

(i) On or before **August 31, 2006**, all fact discovery shall be completed.

(ii) On or before **October 31, 2006**, each party shall serve on the other the disclosure of expert testimony required by RCFC 26(a)(2).

(iii) On or before **December 15, 2006**, all expert discovery shall be completed.

(iv) On or before **January 5, 2007**, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge