IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE BOEING COMPANY,<br>Plaintiff,<br>- against -<br>THE UNITED STATES,<br>Defendant. | **No. 00-705C**<br>**(Judge Francis M. Allegra)**<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE, that the new address for Keith D. Nowak, one of the attorneys representing Plaintiff, is:

Keith D. Nowak
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Telephone: (212) 238-8610
Facsimile: (212) 732-3232
E-mail: nowak@clm.com

Dated: New York, NY
June 5, 2006

CARTER LEDYARD & MILBURN LLP

By: ______________________
Keith D. Nowak
2 Wall Street
New York, NY 10005
(212) 238-8610 Phone
(212) 732-3232 Fax
Attorney for Plaintiff The Boeing Company

6082330.1