IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE BOEING COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>THE UNITED STATES,<br><br>Defendant. | **No. 00-705 C**<br>**(Judge Francis M. Allegra)** |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**AN ENLARGEMENT OF THE DISCOVERY SCHEDULE**

Plaintiff, The Boeing Company respectfully moves for an enlargement of the Discovery periods now set by the Court in its February 8, 2006 Scheduling Order as indicated in Schedule A. Specifically, Boeing requests that the dates set forth in the Scheduling Order be modified in accordance with Schedule B.

This is Boeing's first motion for enlargement of the discovery schedule in the damages phase of this case. Counsel for the United States, Ken Barrett, had advised counsel for Boeing that the United States does not oppose the requested enlargement.

This is a suit pursuant to 28 U.S.C. § 1498(a) by Boeing to recover reasonable compensation for the use by the Government of certain aluminum-lithium alloy products in the External Fuel Tank for the Space Shuttle. A trial was held in November 2004 and the Court determined by decision dated December 23, 2005 that the Government was liable for patent infringement. We are now in the damages phase of this trial.

The primary reason for the requested enlargement is the delay in receiving documents from Lockheed Martin (SLWT prime contractor) due to Hurricane Katrina and the delay in receiving documents from AMRO and AHF Duccmmon (SLWT sub-contractors) due to the large number of documents being scanned and the necessity to maintain the integrity of the documents.

For the above-reasons, Boeing respectfully requests that its unopposed motion be granted.

Dated: New York, NY

8/29/06

GANFER & SHORE

By: Arthur Lieberman by Keith Nowak

Arthur Lieberman
360 Lexington Ave.
New York, NY 10017
(212) 922-9250 x252 Phone
Attorney for Plaintiff The Boeing Company



6105096.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing "Plaintiff's Unopposed Motion for Enlargement of the Discovery Schedule" was sent by prepaid Federal Express, overnight delivery, this 29th day of August, 2006 to:

Ken Barrett
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attorneys for Defendant

Keith D. Nowak
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Attorneys for Plaintiff
Docket No.: BOE03 002

# SCHEDULE A


1159069.1

**SCHEDULE A**

# In the United States Court of Federal Claims

No. 00-705 C

(Filed: February 8, 2006)

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On February 6, 2006, the parties filed a joint status report proposing a schedule for discovery. Based on its review of that report, the court concludes:

(i) On or before **August 31, 2006**, all fact discovery shall be completed.

(ii) On or before **October 31, 2006**, each party shall serve on the other the disclosure of expert testimony required by RCFC 26(a)(2).

(iii) On or before **December 15, 2006**, all expert discovery shall be completed.

(iv) On or before **January 5, 2007**, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge

# SCHEDULE B


1159069.1

**SCHEDULE B**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 00-705 C

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**PROPOSED ORDER**

On August 29, 2006 Plaintiff filed an Unopposed Motion For Enlargement of the Discovery Schedule. The Court grants Plaintiff's Unopposed Motion and the Discovery Schedule is now as follows:

(i) On or before **October, 31, 2006**, all fact discovery shall be completed.

(ii) On or before **December 15, 2006**, each party shall serve on the other the disclosure of expert testimony required by RCFC 26(a)(2).

(iii) On or before **January 30, 2007**, all expert discovery shall be completed.

(iv) On or before **February 15, 2007**, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

Francis M. Allegra
Judge