# SCHEDULE B


1159069.1

**SCHEDULE B**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 00-705 C

| | |
|---|---|
| THE BOEING COMPANY, | : |
| Plaintiff, | : |
| v. | : |
| THE UNITED STATES, | : |
| Defendant. | : |

**PROPOSED ORDER**

On August 29, 2006 Plaintiff filed an Unopposed Motion For Enlargement of the Discovery Schedule. The Court grants Plaintiff's Unopposed Motion and the Discovery Schedule is now as follows:

(i) On or before **October, 31, 2006**, all fact discovery shall be completed.

(ii) On or before **December 15, 2006**, each party shall serve on the other the disclosure of expert testimony required by RCFC 26(a)(2).

(iii) On or before **January 30, 2007**, all expert discovery shall be completed.

(iv) On or before **February 15, 2007**, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

Francis M. Allegra
Judge