# In the United States Court of Federal Claims

No. 00-705 C

(Filed: August 30, 2006)

---

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On August 29, 2006, plaintiff filed an unopposed motion for an enlargement of the discovery scheduled. Plaintiff's motion is hereby **GRANTED**. Accordingly,

(i) On or before **October 31, 2006**, all fact discovery shall be completed.

(ii) On or before **December 15, 2006**, each party shall serve on the other the disclosure of expert testimony required by RCFC 26(a)(2).

(iii) On or before **January 30, 2007**, all expert discovery shall be completed.

(iv) On or before **February 15, 2007**, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge