# In the United States Court of Federal Claims

No. 00-705 C

(Filed: November 2, 2006)

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 31, 2006, defendant filed an unopposed motion for an enlargement of the discovery scheduled. Defendant's motion is hereby **GRANTED**. Accordingly,

(i) On or before **November 30, 2006**, all fact discovery shall be completed.

(ii) On or before **January 16, 2007**, each party shall serve on the other the disclosure of expert testimony required by RCFC 26(a)(2).

(iii) On or before **March 1, 2007**, all expert discovery shall be completed.

(iv) On or before **March 19, 2007**, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge