IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE BOEING COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>THE UNITED STATES,<br><br>Defendant. | **No. 00-705C**<br>**(Judge Francis M. Allegra)** |

## JOINT STATUS REPORT

Pursuant to the Court's order filed November 2, 2006, Plaintiff, The Boeing Company, and Defendant, The United States respectfully submit this Joint Status Report indicating how the parties suggest that this case should proceed.

### Dispositive Motions and Motions *in Limine*

Plaintiff does not intend to file dispositive motions but may file motions in *limine* .

Defendant does not plan to file dispositive motions. Defendant may file motions *in limine* after Boeing identifies its contentions of law and fact and exhibit and witness lists.

### Joint Proposed Scheduling Order

#### Plaintiff's Proposed Scheduling Order

Plaintiff has been advised by its damages expert, Mr. Paul Meyer, that he will not be available between July 14, 2007 and August 20, 2007. Defendant's counsel, Mr. Ken Barrett, has indicated that he will not be available July 11 through July 15, 2007. Plaintiff's proposed

scheduling order anticipates a trial date before Mr. Meyer and Mr. Barrett are unavailable while Defendant proposes a trial date after the period of unavailability. As this case is nearly seven years old, further delay is not warranted and Plaintiff respectfully requests that its schedule be adopted if permitted by the Court's calendar.

1. On or before April 16, 2007, the parties shall exchange exhibits lists, exhibits, including demonstrative exhibits, and witness lists in accordance with Appendix A, ¶¶ 13(a) and (b).
2. On or before April 23, 2007, the parties shall confer in accordance with Appendix A, ¶ 13(c) and within seven (7) days after the Appendix A ¶ 13(c) Conference the parties shall file a certification in accordance with Appendix A ¶ 13(d).
3. On or before April 30, 2007, Plaintiff shall file:

   (a) a Memorandum of Contentions of Fact and Law in accordance with Appendix A, ¶ 14(a);

   (b) any motion setting forth objections to witnesses or exhibits identified by Defendant pursuant to Appendix A, ¶ 13. *See* Appendix A, ¶ 14(a)(3);

   (c) its witness list in accordance with Appendix A, ¶ 15(a), and a motion in accordance with Appendix A, ¶ 15(b), if any concerning the presentation of substantive evidence by way of deposition testimony; and

   (d) its exhibit list in accordance with Appendix A, ¶ 16.
4. On or before May 28, 2007, Defendant shall file:

   (a) a Memorandum of Contentions of Fact and Law in accordance with Appendix A, ¶ 14(b);

   (b) any motion setting forth objections to witnesses or exhibits identified by Plaintiff pursuant to Appendix A, ¶ 13. *See* Appendix A, ¶ 14(a)(3);

(c) its witness list in accordance with Appendix A, ¶ 15(a), and a motion in accordance with Appendix A, ¶ 15(b), if any, concerning the presentation of substantive evidence by way of deposition testimony; and

(d) its exhibit list in accordance with Appendix A, ¶ 16.

5. On or before June 4, 2007, the parties shall file any motion in *limine*.
6. Prior to the final pretrial conference, the parties shall file a joint exhibit list in accordance with Appendix A, ¶ 18 and a joint statement setting forth the issues of fact and the issues of law to be resolved by the Court.
7. On or after June 11, 2007, the final pretrial conference will be held.
8. Trial will begin on or after June 18, 2007, at the Court's convenience.

**Defendant's Proposed Scheduling Order**

The Government proposes a pretrial schedule based on a trial date after plaintiff's expert witness's period of unavailability. Plaintiff indicates above that its expert will be unavailable between July 14, 2007, and August 20, 2007, and requests a trial date before that period. However, due to the quantity and complexity of issues in this case, plaintiff's proposed pretrial schedule is unduly aggressive. The schedule will not allow enough time for the Court to adequately consider the parties' pretrial briefs and resolve any pretrial motions prior to the start of trial. The Government proposes the following schedule leading to a trial concerning accounting issues:

1. On or before May 8, 2007, the parties shall exchange exhibit lists, exhibits, including demonstrative exhibits, and witness lists in accordance with Appendix A, ¶¶ 13(a) and (b), Rules of the Court of Federal Claims.

2. On or before May 15, 2007, the parties shall confer in accordance with Appendix A, ¶ 13(c).

3. Within seven days after the Appendix A, ¶ 13(c) conference, the parties shall file a certification in accordance with Appendix A, ¶ 13(d).

4. On or before June 5, 2007, plaintiff shall file the following:

   (a) Its Memorandum of Contentions of Fact and Law in accordance with Appendix A, ¶ 14(a);

   (b) Any motion setting forth objections to witnesses or exhibits identified by defendant pursuant to Appendix A, ¶ 13. *See* Appendix A, ¶ 14(a)(3);

   (c) Its witness list in accordance with Appendix A, ¶ 15(a), and a motion in accordance with Appendix A, ¶ 15(b), if any, concerning the presentation of substantive evidence by way of deposition testimony; and

   (d) Its exhibit list in accordance with Appendix A, ¶ 16.

5. On or before June 26, 2007, defendant shall file the following:

   (a) Its Memorandum of Contentions of Fact and Law in accordance with Appendix A, ¶ 14(b);

   (b) Any motion setting forth objections to witnesses or exhibits identified by plaintiff pursuant to Appendix A, ¶ 13. *See* Appendix A, ¶ 14(a)(3);

   (c) Its witness list in accordance with Appendix A, ¶ 15(a), and a motion in accordance with Appendix A, ¶ 15(b), if any, concerning the presentation of substantive evidence by way of deposition testimony; and

   (d) Its exhibit list in accordance with Appendix A, ¶ 16.

6. On or before July 17, 2007, the parties shall file any motions *in limine* addressing any other issues either wishes to resolve before the commencement of trial.

7. Prior to the final pretrial conference, the parties shall file the following:

   (a) Joint stipulations in accordance with Appendix A, ¶ 17; and

   (b) A joint exhibit list in accordance with Appendix A, ¶ 18.

8. On or after August 7, 2007, and at the Court's convenience, the final pretrial conference will be held.

9. Trial will begin on or after August 21, 2007, at the Court's convenience.

**<u>Preliminary Estimate of the Length of Trial</u>**

Plaintiff estimates three trial days for Plaintiff's case-in-chief.

Defendant estimates three to four days for Defendant's case. The undersigned Government counsel will be unavailable July 11 - 15, 2007.

The parties estimate that the entire length of trial will be six to seven days.

Respectfully submitted,

Dated: March 19, 2007

By: Arthur Lieberman by Ken Barrett
Arthur Lieberman
Ganfer & Shore LLP
360 Lexington Ave.
New York, NY 10017
(212) 922-9250 x252 Phone
Attorney for Plaintiff The Boeing Company

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Dated: MARCH 16, 2007

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Joint Status Report was served by facsimile and first class mail this 19th day of March, 2007 to:

Ken Barrett
Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, N.W. Room 11122
Washington, D.C. 20005
Fax No.: (202) 307-0343

Date: March 19, 2007

Keith D. Nowak