IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE BOEING COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>THE UNITED STATES,<br><br>Defendant. | **No. 00-705C**<br>**(Judge Francis M. Allegra)** |

**PLAINTIFF'S NOTICE OF CORRECTION**

Plaintiff respectfully submits this notice of correction regarding the JOINT STATUS REPORT, which the parties filed on March 19, 2007, as ordered by the Court.

In the JOINT STATUS REPORT, plaintiff indicated that its unavailable dates were July 14, 2007 to August 20, 2007 for plaintiff's expert witness, Paul Meyer. The week of July 11 through July 15, 2007 was unavailable for defendant's counsel, Ken Barrett.

Subsequent to filing the JOINT STATUS REPORT three days ago, plaintiff has learned that plaintiff's fact witness Lynn Hess will not be available August 20, 2007 through September 24, 2007. Also, plaintiff's technical expert, Dr. Warren Hunt, will not be available for the last two weeks of September.

Respectfully submitted,

Dated: New York, NY

March 21, 2007

GANFER & SHORE

By: Arthur Lieberman by Ken Nawak

Arthur Lieberman
360 Lexington Ave.
New York, NY 10017
(212) 922-9250 x252 Phone
Attorney for Plaintiff The Boeing Company

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Correction was served by facsimile and first class mail this 21st day of March, 2007 to:

Ken Barrett
Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, N.W. Room 11122
Washington, D.C. 20005
Fax No.: (202) 307-0343

Date: March 21, 2007

Keith D. Nowak