# In the United States Court of Federal Claims

No. 00-705 C

(Filed: April 6, 2007)

---

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic status conference was held in this case on Thursday, April 5, 2007. Participating in the conference were Arthur M. Lieberman, on behalf of plaintiff, and Ken B. Barrett, on behalf of defendant. In accordance with the discussion held therein, the court adopts the following schedule for trial and pre-trial filings in this matter:

1. On or before June 29, 2007, the parties shall exchange exhibits and information on witnesses, including expert witnesses, to be used at trial, and shall confer in accordance with Appendix A, ¶ 13(c). *See also* RCFC, Appendix A, ¶ 13(a) and (b).

2. On or before July 23, 2007, plaintiff shall file the following:

   (a) A Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a).

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

3. On or before August 24, 2007, defendant shall file the following:

(a) A response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b).

(b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

(c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

4. On September 24, 2007, a telephonic pre-trial conference will be held in this case, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

5. Trial in this case will commence on October 15, 2007, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge