**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE BOEING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-705 C<br><br>Judge Francis M. Allegra |

**JOINT CERTIFICATION**

Pursuant to paragraph 13(d) of Appendix A of the Rules of the Court of Federal Claims, plaintiff, The Boeing Company, and defendant, the United States, submit this Joint Certification verifying that they met and accomplished all matters required by that paragraph, with the exception that the parties plan to continue to discuss the possibility of settlement.

Respectfully submitted,

July 6, 2007

Arthur Lieberman by Keith Nawl

ARTHUR M. LIEBERMAN
Ganfer & Shore, LLP
360 Lexington Avenue
14th Floor
New York, NY 10017
Telephone: 212-922-9250
Facsimile: 212-922-9335
E-Mail: ALieberman@ganshore.com

Attorney for Plaintiff The Boeing Company

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

July 6, 2007

K B Barrett

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice