# In the United States Court of Federal Claims

No. 00-705 C

(Filed: September 19, 2007)

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The pre-trial conference for Friday, September 28, 2007, at 10:00 a.m. (EST), which was originally scheduled to be by telephone, will now be held at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Courtroom location will be posted in the lobby on the day of the conference.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge