# In the United States Court of Federal Claims

No. 00-705 C

(Filed: September 21, 2007)

---

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic status conference will be held in this case on September 26, 2007, at 3:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge