**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE BOEING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-705 C<br><br>Judge Francis M. Allegra |

**DEFENDANT'S REVISED WITNESS LIST**

Pursuant to paragraph 6(b) of the Court's Order filed September 28, 2007, Defendant, the United States, hereby provides the following revised list of witnesses that may be called at trial for case-in-chief or rebuttal purposes.

I. Witnesses Whom Defendant Expects to Present in Washington, DC

A. Jerry W. Smelser
NASA (retired), Huntsville, Alabama

Mr. Smelser was employed by NASA from 1960 through January 2004. Mr. Smelser has held various positions at NASA, including Deputy Manager, and later Project Manager, of the Space Shuttle External Tank project. Mr. Smelser is expected to testify to matters related to his responsibilities concerning the External Tank project, the configuration of an External Tank and the changes made to the External Tank since its inception.

Estimated time needed for direct examination: 1 hour.

B. John C. Jarosz
Managing Principal
Analysis Group, Inc.

Mr. Jarosz will testify as an expert witness concerning his opinions regarding compensation in this case including those opinions pertaining to the calculation of a reasonable royalty and delay compensation, and concerning the opinions of Mr. Paul Meyer.

Estimated time needed for direct examination: 8 hours.

II. Witnesses Whom Defendant Expects to Present in New Orleans, Louisiana

A. Robert J. Delpidio
Lockheed Martin Space Systems, New Orleans, Louisiana

Mr. Delpidio is expected to testify regarding Lockheed Martin financial documents pertaining to the External Tank project, how the amounts shown in the DD-250s are calculated, the approximate percentage of the total materials and subcontract costs that are flight hardware costs, DD-250 forms pertaining to Super Lightweight External Tanks and Lockheed Martin's performance of the External Tank contracts.

Estimated time needed for direct examination: 2 hours.

B. Mark A. Rohlinger
Lockheed Martin Space Systems, New Orleans, Louisiana

Mr. Rohlinger is expected to testify concerning his duties as procurement quality control representative for Lockheed Martin pertaining to materials used in the External Tank, and to discuss documents including those entitled "2195 Material per External Tank" [DX-13, Bates Nos. LM26175-LM26177] and "Limited Use Parts" [DX-14, Bates Nos. LM26178-LM26179].

Estimated time needed for direct examination: 1 hour.

C. Dow E. Manlove, Jr.
Lockheed Martin Space Systems, New Orleans, Louisiana

Mr. Manlove is expected to testify concerning his duties as contract administrator at Lockheed Martin Space Systems and concerning the contracts pertaining to the materials for the External Tank project.

Estimated time needed for direct examination: 1 hour.

D. Lowell Howard, Jr.
Lockheed Martin Space Systems, New Orleans, Louisiana

Mr. Howard is expected to testify regarding Lockheed Martin's performance of the contracts with NASA concerning the External Tank project and regarding Lockheed Martin's financial information pertaining to the External Tank project.

Estimated time needed for direct examination: 1 hour.

E. Joel A. LoBue
Lockheed Martin Space Systems, New Orleans, Louisiana

Mr. LoBue is expected to testify concerning his duties as a subcontract manager at Lockheed Martin Space Systems and concerning the contracts pertaining to the materials for the External Tank project.

Estimated time needed for direct examination: 1 hour.

III. Witnesses Whom Defendant May Call in New Orleans, Louisiana, if the Need Arises

A. Richard A. Schmidgall
NASA, Houston, Texas

Mr. Schmidgall may be called to testify concerning the Space Shuttle including performance enhancements considered and/or implemented regarding the missions for the International Space Station.

Estimated time needed for direct examination: ½ hour.

B. Mr. Donald A. Bolstad
Lockheed Martin Space Systems (retired)

Prior to his retirement, Mr. Bolstad served as Manager, Material Sciences, for Lockheed Martin Space Systems. Mr. Bolstad may be called to testify concerning his job responsibilities at Lockheed Martin, the design and configuration of the External Tank, the materials used in the External Tank, and the processes performed on those materials.

Estimated time needed for direct examination: 1 hour.

C. Michael D. Combs
Lockheed Martin Space Systems (retired)

Prior to his retirement, Mr. Combs served as Manager, Major Subcontracts, for Lockheed Martin Space Systems. Mr. Combs may be called to testify concerning his job responsibilities at Lockheed Martin and the subcontractors involved with the materials used in the external tanks.

Estimated time needed for direct examination: 1 hour.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

October 11, 2007

s/ Ken B. Barrett

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0343
Facsimile: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director
Department of Justice