# In the United States Court of Federal Claims

No. 00-705C

(Filed: October 17, 2007)

THE BOEING COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 15, 2007, the parties began presenting testimony at the damages phase of trial. Participating at trial were Arthur M. Lieberman and Keith Nowak, on behalf of plaintiff, and Ken B. Barrett, on behalf of defendant. Pursuant to the court's discussion regarding stipulations, the court orders that on or before **November 5, 2007**, the parties shall re-file a joint stipulation of undisputed facts.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge