# In the United States Court of Federal Claims

No. 00-705 C

(Filed: November 6, 2007)

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Further trial in this matter will commence at 10:00 a.m.(CST) on Thursday, November 8, 2007, in Courtroom C227 at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130. Trial on November 9, 2007 will begin at 9:00 a.m.(CST).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge