# In The United States Court of Federal Claims

No. 00-705C

(Filed: December 7, 2007)

---

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On November 8, 2007, trial was held in this case in New Orleans, Louisiana. At the close of trial, the record remained open pending the receipt of the transcript of trial proceedings. The court received a copy of the trial transcript on December 6, 2007. Proof in this case is now closed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge