# In The United States Court of Federal Claims

No. 00-705C

(Filed: December 11, 2007)

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

As discussed at the close of trial, post-trial briefing is hereby ordered as follows:

1. On or before January 25, 2008, plaintiff shall file its post-trial brief, which shall not exceed 50 pages. On that date, plaintiff shall file separately proposed findings of fact, which shall be:

   a. detail-specific (covering only those material facts plaintiff must establish in order to prevail on the issues in question);

   b. subdivided by the issues presented;

   c. specifically keyed to the evidence produced at trial; and

   d. each separately stated on an individual sheet.

2. On or before February 25, 2008, defendant shall file its post-trial brief, which shall not exceed 50 pages. On that date, defendant shall file separately its responses to plaintiff's proposed findings of fact (again specifically keyed to the evidence produced at trial) and any additional findings defendant deems necessary (which proposed findings shall comply with the requirements listed in paragraph 1).

3. On or before March 24, 2008, plaintiff shall file a post-trial reply brief, not to exceed 25 pages. On that date, plaintiff shall file separately its response to any additional findings offered by defendant.

4. The court will contact the parties telephonically to arrange a date for closing argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge