# In The United States Court of Federal Claims

No. 00-705C

(Filed: April 8, 2008)

THE BOEING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Closing argument will be held in this case on Tuesday, May 27, 2008, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge