# In The United States Court of Federal Claims

No. 00-705C

(Filed: April 17, 2009)

_____

THE BOEING COMPANY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      Based on the opinion and order filed in this case on April 2, 2009, and pursuant to the parties' joint proposed judgment, filed on April 17, 2009, the Clerk is hereby directed to enter judgment for plaintiff in this case in the amount of $28,338,478.03, plus $2,540.67 in interest for each day after April 17, 2009, until such judgment is paid. Costs to plaintiff. Nothing herein shall be construed as waiving either party's appeal rights.

      **IT IS SO ORDERED.**

                                                             s/ Francis M. Allegra
                                                            Francis M. Allegra
                                                            Judge