# United States Court of Appeals for the Federal Circuit

2009-5094,-5104

THE BOEING COMPANY,

        Plaintiff-Cross Appellant,

v.

UNITED STATES,

        Defendant-Appellant.

FILED
DEC 1 8 2009
U.S. COURT OF
FEDERAL CLAIMS

Appeal from the United States Court of Federal Claims in 00-CV-705, Judge Francis M. Allegra.

ON MOTION

ORDER

Upon consideration of the parties' joint motion to remand this case, <u>The Boeing Company v. United States</u>, to the United States Court of Federal Claims, case no. 00-CV-705, for further proceedings consistent with the settlement agreement reached by the parties,

    IT IS ORDERED THAT:

    (1)    The motion is granted.

    (2)    Each side shall bear its own costs.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 12/18/09

DEC 1 8 2009
    Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Kannon Kumar Shanmugam, Esq.
        Trevor M. Jefferson, Esq.

m2

ISSUED AS A MANDATE: DEC 1 8 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 8 2009

JAN HORBALY
CLERK